UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTION

CIVIL ACTION NO. 06-329-KSF

CONSTRUCTION INDUSTRY HEALTH AND
WELFARE TRUST, BRICKLAYERS LOCAL
UNION NO. 9 GROUP                                                      PLAINTIFF

v.                              **DEFAULT JUDGMENT**

McCORMICK TILE, LLC                                                   DEFENDANT

* * * * * * * * * * *

This action having come before this Court on the plaintiff's motion for default judgment

[DE # 14], and the defendant failing to respond, IT IS HEREBY ORDERED AND ADJUDGED

that:

(1)     Default judgment is entered in favor of the plaintiff in the amount of $13,426.39,
        with plan interest continuing to accrue on the principal amount at the rate of 8%
        per annum in accordance with the fund's delinquency procedures, and in an
        unknown amount, if any, for contributions, liquidated damages and plan interest
        for the work months of October 2006 to date.

(2)     Pursuant to the fund's delinquency procedures, the plaintiff is hereby awarded
        administrative late filing fees in the amount of $1,000.99.

(3)     Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), the plaintiff is hereby
        awarded a reasonable attorney's fee and the costs of this action.  Counsel for the
        plaintiff shall file an itemized accounting of the attorney's fees and costs incurred
        by the plaintiff in this action within thirty (30) days of the entry of this Default
        Judgment.

(4)     The plaintiff is hereby awarded judgment against the defendant for post-judgment
        interest on the total amounts awarded hereinabove calculated pursuant to 28
        U.S.C. § 1961 from the date of entry of this Default Judgment until judgment is
        satisfied.

(5)     The defendant is hereby ordered and directed to submit its payroll books and

1

records to an authorized representative of the plaintiff, should the plaintiff deem it necessary to verify the amount of the defendant's indebtedness.  The plaintiff is further awarded judgment against the defendant for the reasonable fees incurred for any such audit.  The defendant is ordered and directed to cooperate fully and completely with any such audit.

(6)     The judgments rendered herein shall be currently due and owing, and are not subject to delay because of the possibility of a subsequent audit.  These judgments do not preclude the plaintiff from recovering any additional amounts owed by the defendant which may be revealed by an audit or other means, and the plaintiff is awarded judgment for such amounts upon the filing of an affidavit, with notice to the defendant, said affidavit setting forth the specifics of the additional amounts due.  Any judgment rendered in accordance with this provision shall include the unpaid contributions, liquidated damages in the amount of ten percent (10%) of late contributions, plan interest at the rate of eight percent (8%) per annum from the date contributions were due until the date the contributions are paid, administrative late filing fees in the amount of ten percent (10%) of late contributions, post-judgment interest at the statutory rate referenced hereinabove, attorney's fees and costs, and audit fees.

This the 3rd  day of April, 2007.

**Signed By:**

**_Karl S. Forester_**  K S F

**United States Senior Judge**

2